Entered on Docket June 19, 2015

**Below is the Order of the Court.**



_____
**Marc Barreca
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

**Honorable Marc Barreca**
**Chapter 7**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In RE: | CHAPTER 7 |
|---|---|
| FRANK C. TEJADA MARTINEZ, | No. 14-12026-MLB |
| Debtor(s). | **ORDER APPROVING FINAL REPORT AND APPLICATIONS FOR ADMINISTRATIVE EXPENSES** |

This matter having come on for hearing, upon Notice of Final Report and Applications for Compensation, it is hereby ordered that:

1.  The Final Report and distributions proposed therein are approved;

2.  Reasonable compensation for actual and necessary services rendered and reimbursement for actual and necessary expenses incurred are hereby awarded and allowed as follows:

CHAPTER 7 ADMINISTRATIVE CLAIMS

| **NAME OF ENTITY** | **TYPE OF CLAIM** | **AMOUNT REQUESTED** | **AMOUNT PAID** | **AUTHORIZED DISBURSEMENT** |
|---|---|---|---|---|

ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Page 1

Wood & Jones, P.S.
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

| | | | | |
|---|---|---|---|---|
| Edmund Wood | Trustee Compensation | [1]$24,937.50 | $0.00 | $9,461.90 |
| Edmund Wood | Trustee Expenses | $12.30 | $0.00 | $12.30 |
| Livesey Law Firm | Attorney Fees | $900.00 | $0.00 | $900.00 |
| Rigby Law Firm | Attorney Fees | $1,308.00 | $0.00 | $1,308.00 |
| Rigby Law Firm | Attorney Expenses | $192.80 | $0.00 | $192.80 |
| **Subtotal this Category** | | **$27,350.60** | **$0.00** | **$11,875.00** |

Unsecured Creditors - Dividend 8.3%

| CLAIM NO. | NAME OF CREDITOR | AMOUNT REQUESTED | AMOUNT PAID | AUTHORIZED DISBURSEMENT |
|---|---|---|---|---|
| 1 | Discover Bank | $5,252.14 | $0.00 | $437.70 |
| 2 | Boeing Employees' Credit Union | $113,591.09 | $0.00 | $9,466.58 |
| 3 | Boeing Employees' Credit Union | $8,536.21 | $0.00 | $711.40 |
| 4 | American Infosource LP | $14,959.48 | $0.00 | $1,246.71 |
| 5 | Ashley Funding Services, LLC | $151.25 | $0.00 | $12.61 |
| **Subtotal this Category** | | **$142,490.17** | **$0.00** | **$11,875.00** |

Total: $23,750.00

It is further

ORDERED that there are insufficient funds in the estate to pay any other claims against the estate. It is further

ORDERED that upon receipt of the Trustee's bank statement showing that all disbursements have been made, this case shall be closed, and the Trustee and the surety bond shall be discharged.

// End of Order //

Presented By:

*/s/ Edmund Wood*

Edmund Wood, WSBA# 03695

Chapter 7 Trustee

---

[1] This is the maximum allowable compensation to the trustee per statute. The actual request for fees is reflected in the TFR on page 2. The trustee has agreed to reduce his fee in this case to achieve a distribution to the unsecured creditors.

ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Page 2